IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERBERT G. WILKINS and HANNIBLE
J. WALKER,

    Plaintiffs,

v.

DAVID MAHONEY, et al.

    Defendants.

ORDER

Case No. 16-cv-376-wmc

Plaintiffs Herbert G. Wilkins and Hannible J. Walker are proceeding in this lawsuit on claims against defendants related to the conditions of the Dane County Jail. On January 12, 2018, defendants filed their motion for summary judgment, and this court set February 15, 2018, as plaintiffs' opposition deadline, and February 26, 2018, as defendants' reply deadline. Plaintiffs have failed to oppose defendants' motion, nor have they sought an extension of their opposition deadline or otherwise provided the court with an indication that they plan to oppose the motion. Plaintiffs' failure to respond to defendants' motion suggests that plaintiffs may have lost interest in pursuing their case and no longer intend to prosecute it.

Plaintiffs will receive one more opportunity to submit a substantive response to defendants' motion for summary judgment. If they fail to do so by the new deadline, the court will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for their failure to prosecute.

ORDER

IT IS ORDERED that plaintiffs Herbert G. Wilkins and Hannible J. Walker may have until **May 1, 2018,** to file a response to defendants' motion for summary judgment. **If plaintiffs do not respond by that date, the court will dismiss this case with prejudice under Federal Rule of Civil Procedure 41(b) for plaintiffs' failure to prosecute it.**

Entered this 17th day of April, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge