IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERBERT G. WILKINS and
HANNIBLE J. WALKER,

       Plaintiffs,

   v.

DAVID MAHONEY
and DANE COUNTY,

       Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  16-cv-376-wmc

---

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.


/s/                                                                     5/30/2018

| | |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |